FILED
ASHEVILLE, N.C.
OCT 26 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV182

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| $5108.00, and ) | CONSENT ORDER FOR STAY |
| $2394.00, and ) | |
| $2776.00, and ) | |
| $5095.15, ) | |
| ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendants. ) | |

This matter is brought before the Court jointly by the United States and Claimants Mirtayyab Muhammad Mujtaba, with counsel, and Farzad Akbar, with counsel, to enter a stay of this civil forfeiture case pursuant to 18 U.S.C. §981(g), pending resolution of a related criminal investigation.

The Court FINDS that a stay is warranted at this time in order to protect the integrity of the United States' investigation and the Fifth Amendment rights of the Claimants,

It is therefore ORDERED that this case is stayed until further order of the Court.

It is further ORDERED this stay shall be without prejudice to the Claimants' right to file other pleadings or responsive motions within the time permitted by the Rules of Civil Procedure, with the applicable time period to begin running from the date the stay is lifted.

1

This the 26th day of October, 2007.


_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE



SO AGREED:

_____
THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY

_____
MAX O. COGBURN, JR.
Counsel to Mirtayyab Muhammad Mujtaba and Farzad Akbar

2