# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv182

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| $5,108.00; $2,394.00; $2,776.00; and $5,095.15, IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on the government's Motion to Lift Stay (#12). Counsel for claimants has informed the court that claimants concur with such motion. Having considered the motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Lift Stay (#12) is **GRANTED**, and the stay previously imposed is **LIFTED**.

Signed: October 20, 2008

Dennis L. Howell
United States Magistrate Judge

-1-