# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv182

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **$5,108.00; $2,394.00; $2,776.00; and** ) | |
| **$5,095.15, IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on what has been captioned as the government's "Motion to Lift Stay Settlement of Two Claims" (#14). Inasmuch as the court previously granted the government's Motion to Lift Stay (#12), the present pleading appears to be simply a "Notice of Settlement of Two Claims," and the court will reform the docket entry to reflect as much.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Lift Stay Settlement of Two Claims (#14) is **DENIED** as improperly captioned, and the caption is reformed to read "Notice of Settlement of Two Claims."

Signed: November 6, 2008

_____

Dennis L. Howell
United States Magistrate Judge